UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF NEW YORK

_____

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

      **v.**                                 **ORDER**

**GARY MOORE, et al.,**                     **Criminal No.  06-CR-86S(Sr)**

      **Defendant..**

_____

      The motion hearing which was scheduled for September 13, 2006, has been adjourned and is now scheduled for **September 20, 2006, at 2:00 P.M.**

      In accordance with the Second Circuit Speedy Trial Guidelines, Part I(C)(3)(a) and (b), and upon the authority of *United States v Piontek,* 861 F.2d 152, 154 (7th Cir., 1988); *United States v Montoya,* 827 F.2d 143, 153 (7th Cir., 1987); *United States v. Wilson,* 835 F2d 1440, 1444 (D.C. Cir., 1987; *United States v Tibboel,* 753 F.2d 608, 610 (7th Cir., 1985); and *United States v Jodoin,* 672 F.2d 232, 238 (1st Cir., 1982), the period of time from September 14, 2006, until September 20, 2006, is excluded under 18 U.S.C. Section 3161(h)(8)(A).

      **SO ORDERED.**

                                    /s/ **H. Kenneth Schroeder, Jr.**

                                  _____
                                  **H. KENNETH SCHROEDER, Jr.**
                                  **United States Magistrate Judge**

**DATED:**      **August 14, 2006**
                **Buffalo, New York**